# State of Louisiana
## Secretary of State

07/11/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

WESCO INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 202205368
CIVIL DISTRICT COURT
ORLEANS PARISH

CANTRELL WOODS
vs
LESTER ARTMARK, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  M. LOCKWOOD

Date: 07/08/2022
Title:  DEPUTY SHERIFF



**EXHIBIT**

**A**

No: 1241694

KC

| ATTORNEY'S NAME: | Jacobs, Darleen M 07208 |
|---|---|
| AND ADDRESS: | 823 Saint Louis Street , New Orleans, LA 70112-3415 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-05368        **DIVISION: L**        **SECTION: 06**

**WOODS, CANTRELL**

**Versus**

**ARTMARK, LESTER ET AL**

SERVED ON
R. KYLE ARDOIN

JUL 08 2022

## CITATION

SECRETARY OF STATE
COMMERCIAL DIVISION

TO:      WESCO INSURANCE COMPANY

THROUGH:    THEIR AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 20, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _Kasie Jiles_
**Kasie Jiles, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON WESCO INSURANCE COMPANY | ON WESCO INSURANCE COMPANY |
| THROUGH: THEIR AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY OF STATE | THROUGH: THEIR AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said WESCO INSURANCE COMPANY being absent from the |
| Mileage: $ _____ | domicile at time of said service. |
| _____ ENTERED / | Returned the same day |
| PAPER     RETURN | _____ No. _____ |
| _____ / _____ / | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

     A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

     B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

     C. The court may grant additional time for answering.

     Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022 – 05368        DIVISION " " L        DOCKET NO.

CANTRELL WOODS

VERSUS

LESTER ARTMARK,
THRIVE LOGISTICS INC AND
WESCO INSURANCE COMPANY

FILED:_____

DEPUTY CLERK

CLAIM FOR DAMAGES

TO THE HONORABLE, THE JUDGES OF THE CIVIL DISTRICT COURT FOR THE

PARISH OF ORLEANS, STATE OF LOUISIANA:

The petition of CANTRELL WOODS, a full age resident of the City of Arabi, Parish of

St. Bernard,  State of Louisiana with respect represents:

1.

Defendant, LESTER ARTMARK,  is a full age resident of the City of Ellenwood, State

of Georgia and, at all pertinent times hereto, was the operator of a 2015 Peterbilt Tractor on the

date of the incident complained of;  defendant, THRIVE LOGISTICS INC, is a foreign

corporation organized to do and doing business in this parish and state and, at all pertinent times

hereto, was the owner of the 2015 Peterbilt Tractor trailer   that was operated by defendant,

LESTER ARTMARK on the date of the incident complained of; defendant, WESCO

INSURANCE COMPANY , is a foreign insurance corporation organized under laws other than

the State of Louisiana but doing business in this parish and state and, at all pertinent times hereto,

was the liability insurance carrier of defendant, THRIVE LOGISTICS INC as well as of the 2015

Peterbilt Tractor trailer   that was owned by them and operated by defendant, LESTER

ARTMARK on the date of the incident complained of.

2.

That said defendants are jointly, severally and in solido, justly and truly indebted unto your

petitioner for an amount that is reasonable under the circumstances, together with legal interest

thereon from date of judicial demand until paid, for all costs of these proceedings and for the

following to-wit:

3.

On or about December 8, 2021  at approximately 8:39 A.M.,  petitioner, CANTRELL WOODS, was operating a 2016 KW Single dump truck owned by Trucking Innovation in the left lane on Paris Avenue  in the City of New Orleans, Parish of Orleans, State of Louisiana.    Mr. WOODS  stopped for  a semaphore facing red in his direction on Paris Avenue where it intersects with Gentilly Blvd.    Defendant, LESTER ARTMARK, was operating a 2015 Peterbilt Tractor trailer owned by defendant, THRIVE LOGISTICS INC on Paris Avenue  in  the right  lane. Suddenly and without warning, the ARTMARK vehicle turned right off of Paris Avenue striking the right side of the WOODS vehicle.

4.

Defendant, LESTER ARTMARK was in the course and scope of his employment with defendant, THRIVE LOGISTICS INC at the time of the incident complained of.

5.

Petitioner, CANTRELL WOODS was in the course and scope of his employment with Trucking Innovation  at the time of the incident complained of.

6.

Petitioner, CANTRELL WOODS alleges that the sole and proximate  cause of this accident was the joint and concurrent negligence of defendants, in the following respect:

LESTER ARTMARK:

a)      Failing to have his vehicle under proper control;

b)      Failing to see what he should have seen;

c)      Driving in a reckless and careless manner;

d)      Improper lane usage;

e)      Improper turning.

THRIVE LOGISTICS INC:

a)      Liability under the doctrine of *respondeat superior*.

7.

Because of the aforementioned accident and as a direct and proximate cause thereof, your petitioner, CANTRELL WOODS  sustained the following injuries and damages:

L5-S1 disc herniation;

C4-5 disc herniation;

C5-6 disc protrusion;

C6-7 disc herniation;

C7 nerve root impingement;

Aggravation of cervical degenerative disc disease;

Sprain of thoracic spine;

Muscle spasm;

Occipital headaches;

Nervousness, nausea and upset.

8.

Your petitioner itemizes his damages as follows:

Past, present and future medical expenses;

Pain and suffering;

Emotional stress and strain;

Loss of enjoyment of life;

Past, present and future lost wages and loss of earning capacity.

9.

Petitioner, CANTRELL WOODS avers amicable demand upon defendants to no avail.

WHEREFORE, petitioner prays that a copy of this petition be served upon each defendant herein; that they be duly cited to appear and answer same and that, after all legal delays and due proceedings be had, there be judgment herein in favor of petitioner, CANTRELL WOODS and against defendants, LESTER ARTMARK, THRIVE LOGISTICS INC and WESCO INSURANCE COMPANY  jointly, severally and *in solido*, for an amount that is reasonable under the circumstances, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

_____
DARLEEN M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Attorney for Plaintiff,
CANTRELL WOODS

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

PLEASE SERVE DEFENDANTS
AS FOLLOWS:

LESTER ARTMARK                    (UNDER THE LOUISIANA LONG ARM STATUTE)
3395 Lineview Drive
Ellenwood, Georgia 30294

THRIVE LOGISTICS INC            (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process
ZMC & Associates LLC
4568 Lawrenceville Highway, Suite C220
Lilburn, Georgia 30047

WESCO INSURANCE COMPANY
Through Their Agent for Service of Process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

*FILED*
*JUN 16 PM 3:53*
*CIVIL*
*DISTRICT COURT*

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                     DIVISION " "                     DOCKET NO.

CANTRELL WOODS

VERSUS

LESTER ARTMARK,
THRIVE LOGISTICS INC AND
WESCO INSURANCE COMPANY

FILED:_____
                                        DEPUTY CLERK

## REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, CANTRELL

WOODS , pursuant to L.S.A. - C.C.P. Article 1572, moves this Honorable Court for written

notice, ten (10) days in advance of the date fixed for the trial or hearing on any exception, motion,

rule or trial on the merits in the captioned proceedings, and pursuant to L.S.A. - C.C.P. Articles

1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on

any exceptions, motions, rules or the trial on the merits in the captioned proceedings.

_____
DARLENE M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Attorney for Plaintiff,
CANTRELL WOODS

PLEASE SERVE DEFENDANTS
AS FOLLOWS:
LESTER ARTMARK                     (UNDER THE LOUISIANA LONG ARM STATUTE)
3395 Lineview Drive
Ellenwood, Georgia 30294

THRIVE LOGISTICS INC               (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process
ZMC & Associates LLC
4568 Lawrenceville Highway, Suite C220
Lilburn, Georgia 30047

WESCO INSURANCE COMPANY
Through Their Agent for Service of Process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                         DIVISION " "                    DOCKET NO.

CANTRELL WOODS

VERSUS

LESTER ARTMARK,
THRIVE LOGISTICS INC AND
WESCO INSURANCE COMPANY

FILED:_____    _____
                                                        DEPUTY CLERK

INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   LESTER ARTMARK        (UNDER THE LOUISIANA LONG ARM STATUTE)
      3395 Lineview Drive
      Ellenwood, Georgia 30294

      THRIVE LOGISTICS INC    (UNDER THE LOUISIANA LONG ARM STATUTE)
      Through Their Agent for Service of Process
      ZMC & Associates LLC
      4568 Lawrenceville Highway, Suite C220
      Lilburn, Georgia 30047

      WESCO INSURANCE COMPANY
      Through Their Agent for Service of Process,
      The Louisiana Secretary of State
      8585 Archives Avenue
      Baton Rouge, LA 70809

      Pursuant to the Louisiana Code of Civil Procedure, Answers to the Interrogatories and

Response to the Request for Production of Documents are to be served on the undersigned

counsel within the delays allowed by law and to be answered and responded to by you personally

or through an authorized officer or agent, in writing, signed and under oath.  Plaintiffs request that

in accordance with the Louisiana Code of Civil Procedure and decision of the United States

Supreme Court in Hickman vs. Taylor, 329 U.S. 495 (1947), the answers and responses include

all pertinent information gathered by you or on your behalf through interviews with witnesses and

through other investigations, in addition to information available to you, or directly within your

knowledge, or the knowledge of your employees, agents, servants, insurers and attorneys.  Timely

supplementation of your answers and responses is specifically requested.

INTERROGATORY NO. 1:

      State the types and policy numbers and limits of each policy of insurance issued, including

any and all excess insurance and umbrella coverages, applicable to the vehicle which you

operated or was operated by your insured, or by a permissive use, and/or the vehicle's operator and/or its lessee, and/or its owner at the time of the accident, and state the names and addresses of the company issuing each such policy, as well as the present custodian of each such policy.

INTERROGATORY NO. 2:

Please identify by name, address and employer, each person known to you, or whose identity has been provided to you or your attorney, who witnessed or claims to have witnessed any aspect of the accident.

INTERROGATORY NO. 3:

Please state the name of the person, firm or corporation requesting and/or conducting any investigation of the accident, any allegedly related accidents prior or subsequent thereto, and/or the damages claimed as a result thereof, and on whose behalf such an investigation was made, together with the dates of the conduct of any such investigation.

(Note: "investigation" is hereby defined to include, but is not limited to, any

surveillance of any plaintiff by any means.)

INTERROGATORY NO. 4:

Have you or has anyone on your behalf taken or obtained any statement of any nature whatsoever, whether written or oral, from any plaintiff, or anyone purporting to be or believed by you to be an agent for or spokesman on behalf of any plaintiff concerning the accident and injuries which are the subject of this lawsuit?  If so, please identify by name and address the individual or individuals from whom said statement(s) were taken, the date, time and place where any such statement(s) were taken, whether said statement was written or oral, and if written, a sufficient description of the document to enable it to be subpoenaed, and if oral, the name of each person present.

INTERROGATORY NO. 5:

Please list each document which you may use in the trial of this case.

INTERROGATORY NO. 6:

Please identify each person, by name, address, and telephone number, whom you may or will call as a lay witness in the trial of this matter.

INTERROGATORY NO. 7:

Please identify each person, by name and address, whom you may or will call as an expert witness in the trial of this matter.

INTERROGATORY NO. 8:

Were any appraisals or estimates or repairs made of the vehicle driven and/or owned and/or leased by any defendant(s) regarding this accident?  If so, please state the name, address and telephone number of the party who made such appraisal and/or estimate, and/or repairs.

INTERROGATORY NO. 9:

In which other lawsuits, besides the instant matter, has the defendant driver ever been involved, if any?  For any such lawsuit, please identify the specific court where brought, the docket number, the names and last known addresses of any other parties and/or counsel involved, the nature of the suit, and the final outcome of said suit, or the current status of the suit if it is still pending.

INTERROGATORY NO. 10:

Please state whether the defendant driver has ever been convicted of any criminal offense. If so, please state the nature of any such offense, the specific court where the conviction was issued, the specific sentence handed down, and the actual sentence served or performed.

INTERROGATORY NO. 11:

Please state whether the defendant driver has ever been issued any citation for any moving traffic violation.  If so, please state the nature of any offense for which such citation was issued, the specific jurisdiction issuing same, and the details of any disposition thereof, or the current status if not disposed of at this time.

INTERROGATORY NO. 12:

Were there any photographs and/or drawings of the scene, any of the vehicles, or of any of the plaintiffs involved in this accident, made at the time of the accident or at any time thereafter? If so, please state the name, address, and telephone number of the person who took such photographs and/or made any such drawings, when any such photographs and/or drawings were made, and at whose request, and who currently has possession of the same.

INTERROGATORY NO. 13:

Was the defendant driver, at the time of this accident, within the course and scope of any employment, on any agency relationship, or did he/she have permissive use of the vehicle he/she was operating at the time of this accident?  If so, please state the current name, address, and telephone number of any said employer-principal.

INTERROGATORY NO. 14:

Was the defendant driver issued a citation arising from this accident?  If so, please describe the violation(s) and state the disposition thereof.

INTERROGATORY NO. 15:

Please state, defendant driver, in your own words, your version of how the accident occurred including what you did, if anything, to avoid the accident.

INTERROGATORY NO. 16:

Please state, defendant driver, in as much detail as possible, the weather, lighting and road conditions at the time and place of the accident, which is the subject of this litigation.

INTERROGATORY NO. 17:

Defendant driver, at the time of this accident, were you required to wear glasses or contact lenses while driving?  If yes, were you wearing glasses or contact lenses at the time of the accident, which is the subject of this litigation?

INTERROGATORY NO. 18:

Defendant driver, had you consumed any alcoholic beverages, drugs, or medication in the 12 hours preceding the accident, which is the subject of this litigation?  If yes, for each consumption, please state the time and place of consumption, what was consumed, and how much was consumed.

INTERROGATORY NO. 19:

Please state with specificity and complete detail any facts on which you base any allegation that any plaintiff was comparatively negligent or was in any way or degree at fault with respect to the accident made the subject of this accident, and completely identify any witnesses upon whom you will call to testify to such facts, completely identify any documents, pictures, charts, and/or diagrams upon which you will rely in support of any such facts, and further, completely identify any experts upon whom you will call, in support of any such facts.

INTERROGATORY NO. 20:

Please list any and all accidents that you are aware of that any plaintiff has been involved in from 1987 through 2022, including the date of accident, type of accident, injuries sustained, and medical providers seen.

INTERROGATORY NO. 21:

Please list any and all claims that you are aware of that any plaintiff has made against any insurance company from 1987 through 2022, including the date of claim, type of claim, and name

of the insurance company the claim was made against.

INTERROGATORY NO. 22:

Please list any and all lawsuits that you are aware of that any plaintiff has filed from 1987 through 2022, including the date of suit, court where the suit was filed, and case number.

REQUEST FOR PRODUCTION NO. 1:

Certified copies of any and all policies of insurance and dec sheets referred to in your Answer to Interrogatory No. 1.

REQUEST FOR PRODUCTION NO. 2:

Any and all photographs and drawings of the scene, vehicles, and plaintiffs involved in this accident.

REQUEST FOR PRODUCTION NO. 3:

Any and all video-tape, motion picture film, or other product of any surveillance of any plaintiff(s) performed by your or at your request, or on your behalf.

REQUEST FOR PRODUCTION NO. 4:

Any and all appraisals of any damages to any vehicle involved in this accident.

REQUEST FOR PRODUCTION NO. 5:

Any and all repair bills with respect to any vehicle involved in this accident.

REQUEST FOR PRODUCTION NO. 6:

Any written or recorded statements taken from any plaintiff(s) in this litigation.

REQUEST FOR PRODUCTION NO. 7:

Any notes of any oral statements taken from any plaintiff(s) in this litigation.

REQUEST FOR PRODUCTION NO. 8:

Any and all documents referred to in your Answer to Interrogatory No. 5.

REQUEST FOR PRODUCTION NO. 9:

The resume of any expert referred to in your Answer to Interrogatory No. 7.

REQUEST FOR PRODUCTION NO. 10:

Any written or other report or communication from any expert witness referred to in your Answer to Interrogatory No. 7.

REQUEST FOR PRODUCTION NO. 11:

Any contract of lease which provides the basis of any permissive use referred to in your Answer to Interrogatory No. 13.

REQUEST FOR PRODUCTION NO. 12:

Any and all documents or physical evidence providing the basis for your Answer to

Interrogatory No. 19.

REQUEST FOR PRODUCTION NO. 13:

Any and all documents in your possession concerning any accidents listed in Answers to

Interrogatory No. 20.

REQUEST FOR PRODUCTION NO. 14:

Any and all documents in your possession concerning any claims listed in Answer to

Interrogatory No. 21.

REQUEST FOR PRODUCTION NO. 15:

Any and all documents in your possession concerning any lawsuits listed in Answer to

Interrogatory No. 22.

                        _____

                        DARLEEN M. JACOBS, ESQ., BAR #7208
                        (A PROFESSIONAL LAW CORPORATION)
                        823 St. Louis Street
                        New Orleans, Louisiana 70112
                        (504) 522-0155 and (504) 522-3287
                        Attorney for Plaintiff,
                        CANTRELL WOODS


PLEASE SERVE DEFENDANTS
AS FOLLOWS:

LESTER ARTMARK          (UNDER THE LOUISIANA LONG ARM STATUTE)
3395 Lineview Drive
Ellenwood, Georgia 30294

THRIVE LOGISTICS INC     (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process
ZMC & Associates LLC
4568 Lawrenceville Highway, Suite C220
Lilburn, Georgia 30047

WESCO INSURANCE COMPANY
Through Their Agent for Service of Process,
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**



FIRST CLASS

US POSTAGE AND PITNEY BOWES

ZIP 70802
02 4W
0000382768 JUL. 11. 2022

$ 005.92⁰

7021 2720 0000 5704 4000





SS151